UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YURI KARASEFERYAN,

Petitioner,

v.

DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), JOSEPH B. EDLOW, et. al.,

Respondents.

Case No. 2:26-cv-09850-SRM-BFM

**ORDER SETTING BRIEFING SCHEDULE ON *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [7]**

Having reviewed Petitioner Yuri Karaseferyan's ("Petitioner") Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (Dkt. 7, "Application"), **IT IS ORDERED THAT**:

1. Respondents shall file an opposition to Petitioner's Application by no later than September 11, 2026, at 5:00 p.m. Petitioner may file a reply on or before September 14, 2026 at 5:00 p.m.
2. Unless the court orders otherwise, Petitioner's Application will be deemed submitted, without oral argument, on either: (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and

not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

3. Petitioner's counsel shall forthwith provide notice of this Order to Respondents and file a proof of service no later than September 5, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE